UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.                                          14-CR-6116(EAW)

JENNIFER MILLER,

        Defendant.

## FINAL ORDER OF FORFEITURE

WHEREAS, on December 5, 2014, this Court entered a Preliminary Order of Forfeiture against:

1. One white Samsung Galaxy phone, Model SCH-1535, SKU# SCH1535RWB; and

2. One black Verizon Galaxy Tab Samsung phone, HEX: A000002AC54ABD to include a case and charging cord;

pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and Title 18, United States Code, Section 1594(d)(1), and the incorporated procedures of Title 21, United States Code, Section 853, and based upon the defendant's guilty plea to Count 1 of Indictment 14-CR-6116 on or about November 12, 2014;

AND WHEREAS, for the 30 day period between December 12, 2014, and January 10, 2015, the United States published on an official government forfeiture website, namely www.forfeiture.gov, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the first date of publication for a hearing to

adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, the sixty day period to file a claim expired on February 10, 2015, and no persons have filed a petition with the Court seeking a hearing to adjudicate the validity of their interests in the property;

NOW THEREFORE pursuant to Federal Rule of Criminal Procedure 32.2(c)(2) and the provisions of Title 18, United States Code, Section 1594(d)(1), and the incorporated procedures of Title 21, United States Code, Section 853,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that all right, title, and interest in:

1. One white Samsung Galaxy phone, Model SCH-1535, SKU# SCH1535RWB; and

2. One black Verizon Galaxy Tab Samsung phone, HEX: A000002AC54ABD to include a case and charging cord;

is hereby forever removed, discharged, condemned, and forfeited to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that the United States Marshals Service and/or any other duly authorized federal agency shall dispose of the property in accordance with law.

Dated: March 7, 2016, at Rochester, New York.

_____
HON. ELIZABETH A. WOLFORD
UNITED STATES DISTRICT JUDGE